_____
Honorable Laurel E. Davis
United States Bankruptcy Judge

Entered on Docket
January 07, 2014

KARA B. HENDRICKS, ESQ.
Nevada Bar No. 7743
MICHAEL R. HOGUE, ESQ.
Nevada Bar No. 12400
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada  89169
Telephone:  (702) 792-3773
Facsimile:  (702) 792-9002
hendricksk@gtlaw.com
hoguem@gtlaw.com
*Attorneys for Creditors HMCLV, LLC, AMG Management, LLC and The 67 Group, LLC a/k/a Angel Management Group*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | In Proceedings Under Chapter 7 |
| BENJAMIN BISHOP and JASMIN I. MARVIN, | Case No.  2:13-bk-12134-led |
| Debtors. | **Related Adversary Case No.: 13-01108-led** |
| HMCLV, LLC, a Nevada limited liability company; AMG MANAGEMENT, LLC, a Nevada limited liability company; and THE 67 GROUP, LLC a/k/a ANGEL MANAGEMENT GROUP, a Nevada limited liability company,  Plaintiffs, | **ORDER GRANTING MOTION TO APPROVE SETTLEMENT AGREEMENT** |
| v. | **Hearing Date:  January 3, 2014** |
| BENJAMIN BISHOP, an individual, and JASMIN MARVIN, an individual,  Defendants. | **Hearing Time:  2:30 p.m.** |

1

LV 420148846v1

This Court, having read and considered the Motion to Approve Settlement Agreement ("Motion") [Dkt. #53], having read and considered all papers filed in support of the Motion and in Opposition to the Motion, having heard and considered the oral argument of counsel with Michael R. Hogue, Esq., of the law firm of Greenberg Traurig, LLP, appearing on behalf of HMCLV, LLC, AMG Management, LLC and The 67 Group, LLC a/k/a Angel Management Group ("AMG"), and no other appearances being made, and with good cause appearing therefor:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motion is GRANTED in its entirety and that the Settlement Agreement between AMG and Debtors is APPROVED as in the best interests of creditors and the Estate.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Claim filed by AMG is deemed nondischargeable in the undisputed amount of $25,000.00.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Stipulated Judgment and Order of Dismissal shall be entered in the Adversary Action.

Respectfully prepared and submitted by:

GREENBERG TRAURIG, LLP


By:   /s/ Kara B. Hendricks
KARA B. HENDRICKS, ESQ.
Nevada Bar No. 7743
MICHAEL R. HOGUE, ESQ.
Nevada Bar No. 12400
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada  89169
*Attorneys for Creditors HMCLV, LLC,*
*AMG Management, LLC and The 67*
*Group, LLC a/k/a Angel Management Group*

2

LV 420148846v1

### **CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021**

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that **(check one)**:

☐ The Court has waived the requirement set forth in LR 9021(b)(1).

☒ No party appeared at the hearing or filed an objection to the motion.

☐ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document].

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

# # #

3

*LV 420148846v1*